THE GERMANIA SAVINGS BANK *v.* CATHERINE MULLER.

Order reversed.

Opinion PER CURIAM.

IN THE MATTER OF THE PETITION OF BENJAMIN W. MERRIAM, TO VACATE AN ASSESSMENT.

Order affirmed.

Opinion by BARRETT, J.

IN THE MATTER OF AARON RAYMOND.

Re-argument ordered.

, GEORGE W. MILLER *v.* ALWINE C. McCLAVE.

Motion for re-argument denied.

EUGENE N. ELIOT *v.* WILLIAM H. KING.

Motion for re-argument denied.

DANIEL T. DINAN *v.* JULIA ALLEN.

Motion denied, without prejudice to its renewal on the hearing of the appeal from the order.

WILLIAM M. RICE AND JOHN BURNETT, RESPONDENTS, *v.* HENRY A. TILDEN, APPELLANT.

Judgment affirmed, with costs.

Opinion by BRADY, J.

JACOB MACK AND ALEXANDER MACK, RESPONDENTS, *v.* JACOB COHN, APPELLANT, IMPLEADED WITH ELKIN HYMAN AND ANOTHER.

Judgment reversed; new trial ordered; costs to abide event.

Opinion by BRADY, J.

WILLIAM P. EARLE, RESPONDENT, *v.* WILLIAM A. HAMMOND, APPELLANT, IMPLEADED WITH OTHERS.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.; DAVIS, P. J., taking no part.